# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:06MJ107-CH

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER FOR DISMISSAL** |
| ) | |
| ABDUL KAREEM OSMAN ) | |
| ) | |

Leave of Court is hereby granted for the dismissal of the Complaint as to defendant ABDUL KAREEM OSMAN in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

**SO ORDERED.**  Signed: July 1, 2010

David S. Cayer
United States Magistrate Judge